**James L. SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102228**

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: February 23, 2016

Andrew E. Zleit, Missouri Public Defender Office, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew, Jr., Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM.

James Scott appeals the judgment denying his Rule 24.035 motion for post-convic-

ating a record in a municipal division. Section 577.054 does neither.

tion relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).